### United States Bankruptcy Court
### District of Wyoming

IN RE:                                                                    Case No. _____

**Nuse, Ernest Edward & Nuse, Lois Jean** _____    Chapter **7** _____
Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ **900.00**

   Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ **900.00**

   Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ **0.00**

2. The source of the compensation paid to me was: ☑ Debtor   ☐ Other (specify):

3. The source of compensation to be paid to me is: ☐ Debtor   ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~
   e. [Other provisions as needed]

6. By agreement with the debtor(s), the above disclosed fee does not include the following services:
   **adversary proceedings and other contested bankruptcy matters**

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____**October  4, 2005**_____          **/s/ Jerry M. Smith**
Date                                          Signature of Attorney

                                              **Jerry M. Smith Law Office**
                                              Name of Law Firm

DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## UNITED STATES BANKRUPTCY COURT

# NOTICE TO INDIVIDUAL CONSUMER DEBTOR

---

The purpose of this notice is to acquaint you with the four chapters of the federal Bankruptcy Code under which you may file a bankruptcy petition. The bankruptcy law is complicated and not easily described. Therefore, you should seek the advice of an attorney to learn of your rights and responsibilities under the law should you decide to file a petition with the court. Neither the judge nor the court's employees may provide you with legal advice.

---

### Chapter 7: Liquidation ($155 filing fee plus $39 administrative fee plus $15 trustee surcharge)*

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.

2. Under Chapter 7 a trustee takes possession of all your property. You may claim certain of your property as exempt under governing law. The trustee then liquidates the property and uses the proceeds to pay your creditors according to priorities of the Bankruptcy Code.

3. The purpose of filing a Chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a discharge, there are some debts that are not discharged under the law. Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution, and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs.

5. Under certain circumstances you may keep property that you have purchased subject to a valid security interest. Your attorney can explain the options that are available to you.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($155 filing fee plus $39 administrative fee)*

1. Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time. You are only eligible for Chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under Chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings. Usually the period allowed by the court to repay your debts is three years, but not more than five years. Your plan must be approved by the court before it can take effect.

3. Under Chapter 13, unlike Chapter 7, you may keep all your property, both exempt and non-exempt, as long as you continue to make payments under the plan.

4. After completion of payments under your plan, your debts are discharged except alimony and support payments, student loans, certain debts including criminal fines and restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs, and long term secured obligations.

### Chapter 11: Reorganization ($800 filing fee plus $39 administrative fee)*

Chapter 11 is designed primarily for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision for an individual to file a Chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer ($200 filing fee plus $39 administrative fee)*

Chapter 12 is designed to permit family farmers to repay their debts over a period of time from future earnings and is in many ways similar to a Chapter 13. The eligibility requirements are restrictive, limiting its use to those who income arises primarily from a family owned farm.

* Fees are subject to change and should be confirmed before filing.

# ACKNOWLEDGEMENT

I, the debtor, affirm that I have read this notice.

_____
Case Number

| | | |
|---|---|---|
| **October  4, 2005** | **/s/ Ernest E Nuse** | **/s/ Lois J Nuse** |
| Date | Ernest E Nuse    Debtor | Lois J Nuse    Joint Debtor, if any |

**INSTRUCTIONS**: If the debtor is an individual, a copy of this notice personally signed by the debtor must accompany any bankruptcy petition filed with the Clerk. If filed by joint debtors, the notice must be personally signed by each. Failure to comply may result in the petition not being accepted for filing.

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**(Official Form 1) (12/03)**

FORM B1

| United States Bankruptcy Court District of Wyoming | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Nuse, Ernest Edward** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Nuse, Lois Jean** |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**dba Superior Auto** | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**dba Superior Auto** |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all): **5388** | Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all): **3959** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**299 Merriam Street**<br>**Fort Laramie, WY  82212-0192** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**299 Merriam Street**<br>**Fort Laramie, WY  82212** |
| County of Residence or of the Principal Place of Business:   **Goshen** | County of Residence or of the Principal Place of Business:   **Goshen** |
| Mailing Address of Debtor (if different from street address):<br>**PO Box 192**<br>**Fort Laramie, WY 82212-0192** | Mailing Address of Joint Debtor (if different from street address):<br>**PO Box 192**<br>**Fort Laramie, WY 82212-0192** |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|---|
| ☑ Individual(s) | ☐ Railroad | ☑ Chapter 7   ☐ Chapter 11   ☐ Chapter 13 |
| ☐ Corporation | ☐ Stockbroker | ☐ Chapter 9   ☐ Chapter 12 |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding |
| ☐ Other _____ | ☐ Clearing Bank | |

| **Nature of Debts** (Check one box) | **Filing Fee** (Check one box) |
|---|---|
| ☑ Consumer/Non-Business  ☐ Business | ☑ Full Filing Fee attached |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | ☐ Filing Fee to be paid in installments (applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |

**Statistical/Administrative Information** (Estimates only)

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

(Official Form 1)  (12/03)                                                                            **FORM B1**, Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Nuse, Ernest Edward & Nuse, Lois Jean** |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: **None** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Ernest E Nuse**
Signature of Debtor                                    **Ernest E Nuse**

X **/s/ Lois J Nuse**
Signature of Joint Debtor                              **Lois J Nuse**

Telephone Number (If not represented by attorney)

**October 4, 2005**
Date

### Signature of Attorney

X **/s/ Jerry M. Smith**
Signature of Attorney for Debtor(s)

**Jerry M. Smith**
Printed Name of Attorney for Debtor(s)

**Jerry M. Smith Law Office**
Firm Name

**2020 E D St**
Address

**Torrington, WY  82240-2934**

**(307) 532-2121**
Telephone Number

**October 4, 2005**
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X **/s/ Jerry M. Smith**                               **10/04/05**
Signature of Attorney for Debtor(s)                    Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C. § 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**District of Wyoming**

IN RE:                                                                 Case No. _____

Nuse, Ernest Edward & Nuse, Lois Jean                           Chapter **7**_____
                        Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 20,000.00 | | |
| B - Personal Property | Yes | 2 | 5,833.57 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 2 | | 24,190.02 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 16 | | 513,059.78 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 760.44 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 749.60 |
| Total Number of Sheets in Schedules | | 27 | | | |
| Total Assets | | | 25,833.57 | | |
| Total Liabilities | | | | 537,249.80 | |

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SUMMARY OF SCHEDULES

IN RE **Nuse, Ernest Edward & Nuse, Lois Jean**
Debtor(s)

Case No. _____

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H" for Husband, "W" for Wife, "J" for Joint, or "C" for Community in the column labeled "HWJC." If the debtor holds no interest in real property, write "None" under "Description and Location of Property".

Do not include interests in executory contracts and unexpired leases on the schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a security interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim".

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **1.8 Acres in Town of North Harmony, Village of Ashville, New York**<br>**4819 Route 474, Ashville, New York 14710** | **Fee Simple** | **H** | **10,000.00** | **0.00** |
| **Lots 16, 17, 18 & 19 Darnall Addition to the Town of Fort Laramie, Goshen County, Wyoming** | **Fee Simple** | **J** | **10,000.00** | **0.00** |
| | | **TOTAL** | **20,000.00** | |

(Report also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Nuse, Ernest Edward & Nuse, Lois Jean</u>                              Case No. _____
                        Debtor(s)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None". If additional space is needed in any category, attached a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H" for Husband, "W" for Wife, "J" for Joint, or "C" for Community in the column labeled "HWJC." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions only in Schedule C - Property Claimed as Exempt.

Do not include interests in executory contracts and unexpired leases on the schedule. List them in Schedule G - Executory Contracts and Unexpired Leased.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property".

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | **Cash on hand** | J | **10.00** |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account**<br>**Bank of the West**<br>**Torrington, WY** | J | **13.13** |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, include audio, video, and computer equipment. | | **Gateway Computer, Couch, two chairs, toaster, VCR, Television, stove, refrigerator, washer, dryer, microwave, planter, kitchen table phone, vacuum cleaner, 2 beds, dressers, 2 desks, everyday cooking & eating untensils** | J | **600.00** |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | **Everyday clothing, Work Clothes & necessities** | J | **100.00** |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE __Nuse, Ernest Edward & Nuse, Lois Jean__ 　　　　　 Case No. _____
　　　　　　Debtor(s)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 18. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1986 Dodge Pick-up | J | 250.00 |
| | | 1996 Chevrolet Lumina | J | 100.00 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | | Torches, Air Compressor, Creeper, floor jack, stand jacks, spray gun, air board, D-A used hand tools | H | 500.00 |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. Itemize. | | 1972 Concorde Mobile Home | J | 3,500.00 |
| | | Food Stamps | J | 171.00 |
| | | SSI | H | 589.44 |

| | | | TOTAL | 5,833.57 |
|---|---|---|---|---|

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____ **0** continuation sheets attached

SCHEDULE B - PERSONAL PROPERTY

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Nuse, Ernest Edward & Nuse, Lois Jean**                                    Case No. _____
_____
Debtor(s)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:

(Check one box)

☐ 11 U.S.C. § 522(b)(1):   Exemptions provided in 11 U.S.C. § 522(d). NOTE: These exemptions are available only in certain states.

☑ 11 U.S.C. § 522(b)(2):   Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---:|---:|
| **SCHEDULE A - REAL PROPERTY** | | | |
| **1.8 Acres in Town of North Harmony, Village of Ashville, New York 4819 Route 474, Ashville, New York 14710** | **WSA § 1-20-101** | **20,000.00** | **10,000.00** |
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **Gateway Computer, Couch, two chairs, toaster, VCR, Television, stove, refrigerator, washer, dryer, microwave, planter, kitchen table phone, vacuum cleaner, 2 beds, dressers, 2 desks, everyday cooking & eating untensils** | **WSA § 1-20-106(a)(iii)** | **600.00** | **600.00** |
| **Everyday clothing, Work Clothes & necessities** | **WSA § 1-20-105** | **100.00** | **100.00** |
| **1986 Dodge Pick-up** | **WSA § 1-20-106(a)(iv)** | **250.00** | **250.00** |
| **1996 Chevrolet Lumina** | **WSA § 1-20-106(a)(iv)** | **100.00** | **100.00** |
| **Torches, Air Compressor, Creeper, floor jack, stand jacks, spray gun, air board, D-A used hand tools** | **WSA § 1-20-106(b)** | **500.00** | **500.00** |
| **1972 Concorde Mobile Home** | **WSA § 1-20-104** | **3,500.00** | **3,500.00** |
| **Food Stamps** | **WSA § 42-1-113(b)** | **171.00** | **171.00** |
| **SSI** | **WSA § 26-15-130** | **589.44** | **589.44** |

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Nuse, Ernest Edward & Nuse, Lois Jean** _____ Case No. _____
<center>Debtor(s)</center>

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C," respectively, in the column labeled "HWJC."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☑ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL    UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| | | | Value $ | | | | |
| Account No. | | | | | | | |
| | | | Value $ | | | | |
| Account No. | | | | | | | |
| | | | Value $ | | | | |
| Account No. | | | | | | | |
| | | | Value $ | | | | |
| Account No. | | | | | | | |
| | | | Value $ | | | | |

_____ **0** Continuation Sheets attached

<div align="right">Subtotal
(Total of this page)</div>

<div align="right">(Complete only on last sheet of Schedule D) **TOTAL**</div>

<div align="right">(Report total also on Summary of Schedules)</div>

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

IN RE **Nuse, Ernest Edward & Nuse, Lois Jean** _____    Case No. _____
<div align="center">Debtor(s)</div>

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C," respectively, in the column labeled "HWJC."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

### TYPES OF PRIORITY CLAIMS
(Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2)

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,000* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3), as amended by § 1401 of Pub L. 109-8.

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to a maximum of $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**
Claims of individuals up to a maximum of $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6)

☐ **Alimony, Maintenance, or Support**
Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☑ **Taxes and Other Certain Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

\* Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **1** Continuation Sheets attached

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Nuse, Ernest Edward & Nuse, Lois Jean                                    Case No. _____
_____
Debtor(s)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|
| Account No. **002279** <br> **Panama Central School** <br> **Central Administration** <br> **41 North St** <br> **Panama, NY  14767-9799** | | H | **08/2005 New York School District Tax** | | | | **1,017.54** <br> **1,017.54** |
| Account No. **0655400-31-3-5** <br> **Real Property Tax Services** <br> **County Of Chautauqua** <br> **3 N Erie St** <br> **Mayville, NY  14757-1007** | | H | **08/2005 Tax Notice** | | | | **23,172.48** <br> **23,172.48** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet _____**1**_____ of _____**1**_____ Continuation Sheets attached to Schedule E

Subtotal (Total of this page)                **24,190.02**

(Complete only on last sheet of Schedule E)  **TOTAL**                **24,190.02**
(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

IN RE Nuse, Ernest Edward & Nuse, Lois Jean                              Case No. _____
_____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding unsecured claims without priority against the debtor or the property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C," respectively, in the column labeled "HWJC."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **10893965** <br><br> **Academy Collection Service, Inc.** <br> **10965 Decatur Rd** <br> **Philadelphia, PA  19154-3210** | | J | **2005 Collection for Household Renaissance** | | | | 951.21 |
| Account No. **8dg** <br><br> **Accel Receiv** <br> **302 W 21st Ave** <br> **Torrington, WY  82240-2717** | | H | **Unknown account opened 12/01** | | | | 833.00 |
| Account No. **Eco** <br><br> **Accel Receiv** <br> **302 W 21st Ave** <br> **Torrington, WY  82240-2717** | | H | **Unknown account opened 5/04** | | | | 399.00 |
| Account No. **H72** <br><br> **Accel Receiv** <br> **PO Box 70** <br> **Scottsbluff, NE  69363-0070** | | W | **6/05 collection for Women's Center** | | | | 105.00 |
| Account No. **E0u** <br><br> **Accel Receiv** <br> **302 W 21st Ave** <br> **Torrington, WY  82240-2717** | | W | **Unknown account opened 3/04** | | | | 76.00 |

<p style="text-align:right">Subtotal<br>(Total of this page)  <b>2,364.21</b></p>

**15** Continuation Sheets attached

(Complete only on last sheet of Schedule F)  **TOTAL**  _____

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE Nuse, Ernest Edward & Nuse, Lois Jean                      Case No. _____
_____Debtor(s)_____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Accelerated Receivables Solutions**<br>**PO Box 70**<br>**Scottsbluff, NE  69363-0070** | | J | 2003 Collection for First Bankcard | | | | **15,517.32** |
| Account No. **C3847**<br>**Amercoll Sys**<br>**407 S 21st St**<br>**Laramie, WY  82070-4323** | | H | Unknown account opened 7/00 | | | | **130.00** |
| Account No. **09040327561**<br>**American Collections Inc**<br>**PO Box 1289**<br>**Laramie, WY  82073-1289** | | H | 08/2004 collection for Cheyenne Radiology | | | | **879.55** |
| Account No. **3722-661189-61009**<br>**American Express**<br>**PO Box 360001**<br>**Fort Lauderdale, FL  33336-0001** | | H | 1999 purchase of goods & services | | | | **920.00** |
| Account No. **3723-138876-81002**<br>**American Express**<br>**PO Box 360001**<br>**Fort Lauderdale, FL  33336-0001** | | J | 1997 purchase of goods & services | | | | **1,462.19** |
| Account No. **051475040017371862**<br>**Amex**<br>**PO Box 297871**<br>**Fort Lauderdale, FL  33329-7871** | | W | Revolving account opened 6/97 | | | | **1,894.00** |
| Account No. **26053968**<br>**Arrow Financial Services**<br>**PO Box 1206**<br>**Oaks, PA  19456-1206** | | J | 05/1999 collection for Capital One | | | | **897.41** |

Sheet _____**1**_____ of _____**15**_____ Continuation Sheets attached to Schedule F

Subtotal (Total of this page) **21,700.47**

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE **Nuse, Ernest Edward & Nuse, Lois Jean**       Case No. _____
<br>Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **12906135**<br>**Asset Acceptance**<br>**PO Box 2036**<br>**Warren, MI  48090-2036** | | W | Open account opened 7/03 | | | | 3,832.00 |
| Account No. **12956958**<br>**Asset Acceptance**<br>**PO Box 2036**<br>**Warren, MI  48090-2036** | | W | Open account opened 7/03 | | | | 330.00 |
| Account No. **12956958**<br>**Asset Acceptance, LLC**<br>**PO Box 2036**<br>**Warren, MI  48090-2036** | | W | 08/2005 collection for Blair | | | | 333.00 |
| Account No.<br>**Automotive Finance Corporation**<br>**13085 Hamilton Crossing Blvd**<br>**Carmel, IN  46032-1412** | | J | 03/1997 purchase of goods | | | | 1,270.00 |
| Account No. **5488-9750-0993-4814**<br>**Bankcard Services**<br>**PO Box 80084**<br>**Salinas, CA  93912-0084** | | J | 2003 purchase of goods & services | | | | unknown |
| Account No. **5488-9750-0571-6660**<br>**Bankcard Services**<br>**PO Box 80084**<br>**Salinas, CA  93912-0084** | | J | 2003 purchase of goods & services | | | | unknown |
| Account No. **4226-3107-7003-9884**<br>**Bennett & Deloney**<br>**1265 Fort Union Blvd Ste 150**<br>**Midvale, UT  84047-1862** | | J | 08/2005 collection for Chase Manhatten Bank | | | | 7,280.44 |

Sheet _____ **2** of _____ **15** Continuation Sheets attached to Schedule F

| | Subtotal<br>(Total of this page) | 13,045.44 |
|---|---|---|
| | (Complete only on last sheet of Schedule F)  **TOTAL** | |

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Nuse, Ernest Edward & Nuse, Lois Jean</u>                                Case No. _____
<br>Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **027756-00** <br><br>**BHS Physicians Service** <br>**625 Albany Ave** <br>**Torrington, WY  82240-1530** | | H | **2001 Medical Services** | | | | **675.00** |
| Account No. **1uscl** <br><br>**Calvary Portfolio/collection** <br>**7 Skyline Dr 3rd Fl** <br>**Hawthorne, NY  10532-2156** | | W | **Unknown account opened 6/02** | | | | **33,105.00** |
| Account No. **12389024011001273** <br><br>**Cambece Law Office** <br>**8 Bourbon St** <br>**Peabody, MA  01960-1338** | | J | **10/2001 Collection for Chase Manhattan Bank** | | | | **7,280.44** |
| Account No. **412174160728** <br><br>**Cap One Bk** <br>**PO Box 85520** <br>**Richmond, VA  23285-5520** | | H | **Revolving account opened 10/99** | | | | **1,283.00** |
| Account No. **5291-1518-1045-3207** <br><br>**Cap One Bk** <br>**PO Box 85520** <br>**Richmond, VA  23285-5520** | | W | **11/00 purchase of goods & services** | | | | **988.00** |
| Account No. **438864194671** <br><br>**Cap One Bk** <br>**PO Box 85520** <br>**Richmond, VA  23285-5520** | | W | **Revolving account opened 7/01** | | | | **982.00** |
| Account No. **0652640167761** <br><br>**Capital Management Services, Inc** <br>**726 Exchange St Ste 700** <br>**Buffalo, NY  14210-1464** | | H | **1995 collection for Sears** | | | | **755.92** |

Sheet _____**3**_____ of _____**15**_____ Continuation Sheets attached to Schedule F

Subtotal
<br>(Total of this page)                45,069.36

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE <u>Nuse, Ernest Edward & Nuse, Lois Jean</u>                    Case No. _____
                            Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

<div style="writing-mode: vertical;">© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Capitol Recoveries, Inc.**<br>**PO Box 512**<br>**Cheyenne, WY 82003-0512** | | H | **2001 Collection for Cheyenne Radiology** | | | | 229.77 |
| Account No. **4226-3107-7003-9884**<br>**Chase Gold Visa**<br>**PO Box 5919**<br>**Wilmington, DE 19850** | | J | **06/1998 purchase of goods & services** | | | | 8,000.00 |
| Account No. **097405388**<br>**Cheyenne Radiology**<br>**800 E 20th St Ste 10**<br>**Cheyenne, WY 82001-3870** | | H | **05/2001 Medical Services** | | | | 229.77 |
| Account No.<br>**Cheyenne Radiology**<br>**800 E 20th St Ste 10**<br>**Cheyenne, WY 82001-3870** | | H | **03/2005 Medical Services** | | | | 879.55 |
| Account No. **412800381058**<br>**Citi**<br>**PO Box 6000**<br>**The Lakes, NV 88901-6000** | | J | **11/97 purchase of goods & services** | | | | 9,887.00 |
| Account No. **4271-3820-8447-4309**<br>**Citibank Preferred Visa**<br>**PO Box 6000**<br>**The Lakes, NV 88901-6000** | | J | **1999 purchase of goods & services** | | | | 4,435.30 |
| Account No. **4271-3820-8975-3020**<br>**Citibank Preferred Visa**<br>**PO Box 6000**<br>**The Lakes, NV 88901-6000** | | J | **8/1997 purchase of goods & services** | | | | 7,000.00 |

Sheet _____**4**_____ of _____**15**_____ Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)     30,661.39

(Complete only on last sheet of Schedule F) **TOTAL**

(Report total also on Summary of Schedules)

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE Nuse, Ernest Edward & Nuse, Lois Jean       Case No. _____
                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **621652**<br><br>**Clinical Laboratory**<br>**PO Box 238**<br>**Rapid City, SD  57709-0238** | | W | **03/2005 Medical Services** | | | | 158.05 |
| Account No. **1150460001512919**<br><br>**Collection Center Of W**<br>**406 6th St**<br>**Rawlins, WY  82301-5408** | | H | **11/04 collection for Internal Medicine Group & Emergency Medical Physicians** | | | | 729.88 |
| Account No.<br><br>**Internal Medicine Group, PC**<br>**2301 House Ave Ste 300**<br>**Cheyenne, WY  82001-3178** | | | **Assignee or other notification for:**<br>**Collection Center Of W** | | | | |
| Account No. **00023390**<br><br>**Collection Law Center**<br>**PO Box 1470**<br>**Rawlins, WY  82301-1470** | | W | **12/2004 Collection for First USA Bank** | | | | 17,456.68 |
| Account No. **676010-11A**<br><br>**Commercial Services Group, Inc**<br>**11603 Shelbyville Rd Ste 3**<br>**Louisville, KY  40243-1371** | | W | **12/2000 Collection for Gateway** | | | | 3,832.12 |
| Account No. **656793589**<br><br>**Commercial Services Group, Inc**<br>**PO Box 988**<br>**Harrisburg, PA  17108-0988** | | W | **10/2001 collection for Blair Credit Servicing Group** | | | | 330.68 |
| Account No. **40342107**<br><br>**Community Hospital**<br>**2000 Campbell Dr**<br>**Torrington, WY  82240-1528** | | H | **01/04 Medical Services** | | | | 3,228.98 |

Sheet _____ **5** of _____ **15** Continuation Sheets attached to Schedule F

Subtotal (Total of this page)     25,736.39

(Complete only on last sheet of Schedule F) **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE Nuse, Ernest Edward & Nuse, Lois Jean                              Case No. _____
_____
                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **40340184**<br><br>**Community Hospital**<br>**2000 Campbell Dr**<br>**Torrington, WY  82240-1528** | | H | **01/2004 Medical Services** | | | | **774.15** |
| Account No. **various**<br><br>**Community Hospital**<br>**2000 Campbell Dr**<br>**Torrington, WY  82240-1528** | | H | **05/2001 medical services** | | | | **2,365.00** |
| Account No. **40337073**<br><br>**Community Hospital**<br>**2000 Campbell Dr**<br>**Torrington, WY  82240-1528** | | H | **12/2003 Medical Services** | | | | **1,340.19** |
| Account No. **9000003519-9**<br><br>**Computer Finance LLC**<br>**PO Box 96073**<br>**Charlotte, NC  28296-0073** | | W | **11/2001 colection for Gateway** | | | | **1,979.84** |
| Account No. **688377**<br><br>**Credit Collections**<br>**PO Box 778**<br>**Bismarck, ND  58502-0778** | | W | **07/2004 Collection for Clinical Laboratory of the Black Hills** | | | | **183.97** |
| Account No. **6011-0094-1056-6900**<br><br>**Discover**<br>**PO Box 15192**<br>**Wilmington, DE  19886-1020** | | J | **1999 purchase of goods & services** | | | | **5,891.97** |
| Account No.<br><br>**Emergency Medical Physicians**<br>**PO Box 20190**<br>**Cheyenne, WY  82003-7004** | | H | **12/2003 Medical Services** | | | | **123.20** |

Sheet _____ **6** of _____ **15** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)     **12,658.32**

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE **Nuse, Ernest Edward & Nuse, Lois Jean**                                    Case No. _____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4418-0290-0322-4208**<br><br>**First Bankcard Center<br>PO Box 3331<br>Omaha, NE  68103-0331** | | J | **03/1996 purchase of goods & services** | | | | **unknown** |
| Account No. **5770916303351818**<br><br>**First Consumers National Bank<br>101 Crossways Park Dr W<br>Woodbury, NY  11797-2020** | | W | **Revolving account opened 8/94** | | | | **2,402.00** |
| Account No. **4128-0038-1058-4204**<br><br>**First National Collection Bureau, Inc.<br>ATTN:  Citicorp<br>PO Box 3095<br>Reno, NV  89505-3095** | | W | **1998 collection for Citibank** | | | | **12,299.38** |
| Account No.<br><br>**First USA Bank<br>PO Box 8650<br>Wilmington, DE  19886-0001** | | J | **1994 Purchase of goods & services** | | | | **17,456.68** |
| Account No. **541712244120**<br><br>**First Usa Bank Na<br>1001 N Jefferson St<br>Wilmington, DE  19801-1493** | | J | **Revolving account opened 1/95** | | | | **9,594.00** |
| Account No. **432682000503**<br><br>**Fleet Cc<br>PO Box 15480<br>Wilmington, DE  19850-5480** | | W | **10/95 purchase of goods & services** | | | | **3,639.00** |
| Account No. **417423159496385**<br><br>**Fnb Omaha<br>1620 Dodge St<br>Omaha, NE  68197-0003** | | J | **Revolving account opened 5/95** | | | | **5,576.00** |

Sheet _____**7**___ of ____**15**___ Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)    **50,967.06**

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Nuse, Ernest Edward & Nuse, Lois Jean**  Case No. _____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **545206132473651**<br>**Fnb Omaha**<br>**1620 Dodge St**<br>**Omaha, NE  68197-0003** | | J | Revolving account opened 5/95 | | | | **5,515.00** |
| Account No. **6011-7690-6175-6833**<br>**Gateway Credit Card Plan**<br>**PO Box 8181**<br>**Johnson City, TN  37615-0181** | | W | 12/2000 purchase of computer | | | | **3,832.00** |
| Account No. **Y00085063**<br>**Gem City Bone & Joint PC**<br>**1909 Vista Dr**<br>**Laramie, WY  82070-5530** | | H | 01/2004 Medical Serives | | | | **91.00** |
| Account No.<br>**Global Vantedge**<br>**PO Box 12237**<br>**Hauppauge, NY  11788-0867** | | J | 1991 Collection for J C Penney | | | | **1,543.61** |
| Account No. **431396266**<br>**Home Comings Financial**<br>**2711 N Haskell Ave # 1**<br>**Dallas, TX  75204-2911** | | J | Mortgage account opened 6/99 | | | | **38,416.00** |
| Account No. **431396266**<br>**Homecoming Financial Network**<br>**2711 N Haskell Ave Ste 1000**<br>**Dallas, TX  75204-2911** | | J | 1999 loan foreclosure | | | | **20,604.94** |
| Account No. **5488975005716660**<br>**Hsbc Nv**<br>**1441 Schilling Pl**<br>**Salinas, CA  93901-4543** | | H | Revolving account opened 7/02 | | | | **765.00** |

Sheet _____**8**_____ of _____**15**_____ Continuation Sheets attached to Schedule F

Subtotal (Total of this page)        **70,767.55**

(Complete only on last sheet of Schedule F) **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE **Nuse, Ernest Edward & Nuse, Lois Jean**                              Case No. _____
_____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**J C Penney<br>PO Box 981400<br>El Paso, TX  79998-1400** | | J | **1991 purchase of goods & services** | | | | 1,543.61 |
| Account No. **570254250-D**<br><br>**Law Office Of Mitchell N. Kay, P.C.<br>PO Box 9006<br>Smithtown, NY  11787-9006** | | W | **2005 collection for World Financial Network National Bank Lerner Mail Order** | | | | 859.33 |
| Account No. **570-254-250**<br><br>**Lerner<br>PO Box 182122<br>Columbus, OH  43218-2122** | | W | **2001 purchase of goods & services** | | | | 659.13 |
| Account No. **8502776279**<br><br>**Midland Credit Mgmt<br>8875 Aero Dr<br>San Diego, CA  92123-2251** | | H | **Installment account opened 7/02** | | | | 8,165.00 |
| Account No.<br><br>**Chase Gold Visa<br>PO Box 5919<br>Wilmington, DE  19850** | | | **Assignee or other notification for:<br>Midland Credit Mgmt** | | | | |
| Account No. **4796150-03**<br><br>**National Fuel<br>6363 Main St<br>Buffalo, NY  14221-5855** | | H | **11/97 fuel bill** | | | | 51.75 |
| Account No. **587582053**<br><br>**Nco Financial Systems<br>PO Box 41466<br>Philadelphia, PA  19101-1466** | | H | **Installment account opened 5/02** | | | | 333.00 |

Sheet ____**9**____ of ____**15**____ Continuation Sheets attached to Schedule F

Subtotal<br>(Total of this page)       **11,611.82**

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE Nuse, Ernest Edward & Nuse, Lois Jean                                    Case No. _____
_____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5417-1224-4120-4037** <br> **NCO Financial Systems Inc** <br> **PO Box 13561** <br> **Philadelphia, PA  19101-3561** | | J | **2005 Collection for First USA Bank** | | | | **16,500.14** |
| Account No. **4371576** <br> **Nco/ Collection Agency** <br> **PO Box 41448** <br> **Philadelphia, PA  19101-1448** | | W | **Open account opened 1/03** | | | | **18,897.00** |
| Account No. **4479412** <br> **Nco/ Collection Agency** <br> **PO Box 41448** <br> **Philadelphia, PA  19101-1448** | | W | **Open account opened 12/02** | | | | **16,539.00** |
| Account No. **4434153** <br> **Nco/ Collection Agency** <br> **PO Box 41448** <br> **Philadelphia, PA  19101-1448** | | H | **Open account opened 11/02** | | | | **12,181.00** |
| Account No. **227248107** <br> **Niagara Mohawk** <br> **300 Erie Blvd W** <br> **Syracuse, NY  13202-4201** | | H | **11/97 - Electric Bill** | | | | **222.81** |
| Account No. **various** <br> **Penn Credit Corporation** <br> **PO Box 988** <br> **Harrisburg, PA  17108-0988** | | J | **various - collection for various accounts** | | | | **unknown** |
| Account No. **13pfd** <br> **Professional Finance** <br> **5754 W 11th St Ste 100** <br> **Greeley, CO  80634-4811** | | H | **Open account opened 5/04** | | | | **3,289.00** |

Sheet _____ **10** of _____ **15** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)      **67,628.95**

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE Nuse, Ernest Edward & Nuse, Lois Jean                              Case No. _____
_____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **13pf0**<br><br>**Professional Finance**<br>**5754 W 11th St Ste 100**<br>**Greeley, CO  80634-4811** | | H | **Open account opened 5/04** | | | | 1,482.00 |
| Account No. **13erb**<br><br>**Professional Finance**<br>**5754 W 11th St Ste 100**<br>**Greeley, CO  80634-4811** | | H | **Open account opened 5/04** | | | | 1,368.00 |
| Account No. **13pex**<br><br>**Professional Finance**<br>**5754 W 11th St Ste 100**<br>**Greeley, CO  80634-4811** | | H | **Open account opened 5/04** | | | | 788.00 |
| Account No. **MAEWES-080841-ALL(013PEX)**<br><br>**Professional Finance**<br>**PO Box 1686**<br>**Greeley, CO  80632-1686** | | H | **10/2004 Collection for Community Hospital** | | | | 6,930.21 |
| Account No. **22578090**<br><br>**Rapid City Regional Hospital, Inc**<br>**PO Box 6000**<br>**Rapid City, SD  57709-6000** | | W | **03/2005 Medical Service** | | | | 328.09 |
| Account No. **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**<br><br>**Rapid City Regional Hospital, Inc**<br>**PO Box 6000**<br>**Rapid City, SD  57709-6000** | | H | **05/2005 Medical Services** | | | | 292.00 |
| Account No. **3502632**<br><br>**Receivables Management Solutions**<br>**260 Wentworth Ave E**<br>**Saint Paul, MN  55118-3525** | | W | **04/2005 Collection for MBIA** | | | | 2,402.34 |

Sheet ____**11**____ of ____**15**____ Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)     13,590.64

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE **Nuse, Ernest Edward & Nuse, Lois Jean** _____   Case No. _____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **727165** <br><br>**Regional West Medical Center** <br>**4021 Avenue B** <br>**Scottsbluff, NE 69361-4602** | | W | 09/98 Medical Services | | | | 1,319.26 |
| Account No. **911278327990** <br><br>**Retailers Nation Bank** <br>**Target Credit Services** <br>**PO Box 1581** <br>**Minneapolis, MN 55440-1581** | | W | 6/98 purchase of goods & services | | | | 342.00 |
| Account No. <br><br>**Risk Management Alternatives** <br>**PO Box 970** <br>**Casper, WY 82602-0970** | | H | 01/2004 Collection for Gem City Bone & Joint and Wyoming Heart & Pulmonery | | | | 657.63 |
| Account No. **0652640 16776 1** <br><br>**Sears Premier Card** <br>**PO Box 818017** <br>**Cleveland, OH 44181-8017** | | H | 1995 purchase of goods & services | | | | 371.17 |
| Account No. **0652640167761** <br><br>**Sherman Acquisitions** <br>**PO Box 740281** <br>**Houston, TX 77274-0281** | | H | Open account opened 6/03 | | | | 760.00 |
| Account No. **63-0335-181-8** <br><br>**Spiegel** <br>**9310 SW Gemini Dr** <br>**Beaverton, OR 97008-7120** | | W | 2001 purchase of goods & services | | | | 1,875.06 |
| Account No. **725098766284a** <br><br>**Swiss Colony Inc** <br>**1112 7th Ave** <br>**Monroe, WI 53566-1364** | | H | Revolving account opened 12/94 | | | | 338.00 |

Sheet ____**12**____ of ____**15**____ Continuation Sheets attached to Schedule F

| | Subtotal (Total of this page) | 5,663.12 |
|---|---|---|

(Complete only on last sheet of Schedule F)   **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE **Nuse, Ernest Edward & Nuse, Lois Jean**                     Case No. _____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5421160011300003**<br>**Tex Collect/collection Agency**<br>**2101 W Ben White Blvd**<br>**Austin, TX  78704-7516** | | W | **Open account opened 10/02** | | | | **820.00** |
| Account No. **4190-0808-0830-0739**<br>**The Law Center**<br>**Harry E. Cohn, Attorney At Law**<br>**4460 Corporation Ln Ste 306**<br>**Virginia Beach, VA  23462-3150** | | J | **06/2005 collection for US Bank** | | | | **36,548.05** |
| Account No. **4190-0808-0830-0556**<br>**U S Bank National Association ND**<br>**U S Bancorp Service Center, Inc**<br>**PO Box 6340**<br>**Fargo, ND  58125-6340** | | J | **1999 purchase of goods & services** | | | | **20,400.00** |
| Account No. **419000109599**<br>**Unifund/collection Agency**<br>**11802 Conrey Rd Ste 200**<br>**Cincinnati, OH  45249-1074** | | J | **6/05 collection for US Bank** | | | | **15,308.00** |
| Account No. **5415-6805-0149-3131**<br>**US Bancorp Service Center, Inc.**<br>**PO Box 6340**<br>**Fargo, ND  58125-6340** | | J | **1999 thru present - puchase of goods & services** | | | | **unknown** |
| Account No. **4190-0808-0830-0739**<br>**US Bancorp Service Center, Inc.**<br>**PO Box 6340**<br>**Fargo, ND  58125-6340** | | J | **08/1996 Express Line of Credit - purchase of goods & services** | | | | **36,548.05** |
| Account No. **4190-0010-9599-0669**<br>**US Bancorp Service Center, Inc.**<br>**PO Box 6340**<br>**Fargo, ND  58125-6340** | | J | **1996 purchase of goods & services** | | | | **unknown** |

Sheet _____ **13** of _____ **15** Continuation Sheets attached to Schedule F

| | Subtotal<br>(Total of this page) | **109,624.10** |
|---|---|---|
| | (Complete only on last sheet of Schedule F)  **TOTAL** | |
| | (Report total also on Summary of Schedules) | |

IN RE Nuse, Ernest Edward & Nuse, Lois Jean                                    Case No. _____
_____
           Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **419000109599**<br><br>**Us Bank**<br>**CB Disputes**<br>**Saint Louis, MO  63166-0108** | | J | **Revolving account opened 12/95** | | | | **11,855.00** |
| Account No. **541568050149**<br><br>**Us Bank**<br>**CB Disputes**<br>**Saint Louis, MO  63166-0108** | | J | **Revolving account opened 1/96** | | | | **6,612.00** |
| Account No. **19700108960500001**<br><br>**Us Bank**<br>**PO Box 790084**<br>**Saint Louis, MO  63179-0084** | | H | **Revolving account opened 1/00** | | | | **4,429.00** |
| Account No. **URC19700108972150001**<br><br>**US Bank**<br>**425 Walnut St**<br>**Cincinnati, OH  45202-3923** | | J | **1996 Credit line on checking account** | | | | **3,287.08** |
| Account No. **1970010896050001**<br><br>**US Bank**<br>**425 Walnut St**<br>**Cincinnati, OH  45202-3923** | | J | **05/1996 credit line** | | | | **4,429.06** |
| Account No. **5702542557025425 0**<br><br>**Wfnnb/lerner**<br>**PO Box 182122**<br>**Columbus, OH  43218-2122** | | W | **Revolving account opened 6/98** | | | | **859.00** |
| Account No. **129676129**<br><br>**Wolpoff & Abramson, LLP**<br>**Two Irvington Centre 702 King Farm Blvd.**<br>**Rockville, MD  20850** | | J | **2005 collection for Great Seneca Financial Corp., assignee of Arbor Bank** | | | | **396.82** |

Sheet _____**14**_____ of _____**15**_____ Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)            **31,867.96**

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Nuse, Ernest Edward & Nuse, Lois Jean**                                     Case No. _____
_____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **000098357**<br><br>**Women's Center**<br>**3911 Avenue B Ste 3100**<br>**Scottsbluff, NE  69361-4617** | | W | **11/2004 Medical Services** | | | | **103.00** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Sheet ___**15**___ of ___**15**___ Continuation Sheets attached to Schedule F | | | | Subtotal (Total of this page) | | | **103.00** |
| | | | | (Complete only on last sheet of Schedule F)  **TOTAL** | | | **513,059.78** |
| | | | | (Report total also on Summary of Schedules) | | | |

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE **Nuse, Ernest Edward & Nuse, Lois Jean** _____   Case No. _____
Debtor(s)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.

State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease.

Provide the names and complete addresses of all other parties to each lease or contract described.

**NOTE:** A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

IN RE **Nuse, Ernest Edward & Nuse, Lois Jean** _____ Case No. _____
<div align="center">Debtor(s)</div>

<div align="center">

## SCHEDULE H - CODEBTORS

</div>

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE H - CODEBTORS

IN RE **Nuse, Ernest Edward & Nuse, Lois Jean**                    Case No. _____
_____
                    Debtor(s)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| **Married** | RELATIONSHIP | | AGE |
| | | | |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Disabled** | **Housewife** |
| Name of Employer | | |
| How long employed | | |
| Address of Employer | | |

| Income: (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current Monthly gross wages, salary, and commissions (pro rata if not paid monthly) | $ _____ | $ _____ |
| Estimated monthly overtime | $ _____ | $ _____ |
| **SUBTOTAL** | $ **0.00** | $ **0.00** |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and Social Security | $ _____ | $ _____ |
| b. Insurance | $ _____ | $ _____ |
| c. Union dues | $ _____ | $ _____ |
| d. Other (specify) _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| **SUBTOTAL OF PAYROLL DEDUCTIONS** | $ **0.00** | $ **0.00** |
| **TOTAL NET MONTHLY TAKE HOME PAY** | $ **0.00** | $ **0.00** |
| | | |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ _____ | $ _____ |
| Income from real property | $ _____ | $ _____ |
| Interest and dividends | $ _____ | $ _____ |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ _____ | $ _____ |
| Social Security or other government assistance | | |
| (Specify) **Social Security** | $ **589.44** | $ _____ |
| **Food Stamps** | $ **171.00** | $ _____ |
| Pension or retirement income | $ _____ | $ _____ |
| Other monthly income | | |
| (Specify) _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| **TOTAL MONTHLY INCOME** | $ **760.44** | $ **0.00** |

**TOTAL COMBINED MONTHLY INCOME $** _____ **760.44**  (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Nuse, Ernest Edward & Nuse, Lois Jean** _____  Case No. _____
                                    Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ _____ |
| Are real estate taxes included?     Yes ____ No ✓ | |
| Is property insurance included?     Yes ____ No ✓ | |
| Utilities:  Electricity and heating fuel | $ _____**174.00** |
|      Water and sewer | $ _____ |
|      Telephone | $ _____**102.00** |
|      Other | $ _____ |
|      _____ | $ _____ |
|      _____ | $ _____ |
| Home maintenance (repairs and upkeep) | $ _____ |
| Food | $ _____**271.00** |
| Clothing | $ _____**20.00** |
| Laundry and dry cleaning | $ _____**10.00** |
| Medical and dental expenses | $ _____**68.00** |
| Transportation (not including car payments) | $ _____**60.00** |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ _____ |
| Charitable contributions | $ _____ |
| Insurance (not deducted from wages or included in home mortgage payments) | |
|      Homeowner's or renter's | $ _____ |
|      Life | $ _____ |
|      Health | $ _____ |
|      Auto | $ _____**32.00** |
|      Other _____ | $ _____ |
|      _____ | $ _____ |
|      _____ | $ _____ |
| Taxes (not deducted from wages or included in home mortgage payments) | |
| (Specify)  **Property Taxes** | $ _____**12.60** |
|      _____ | $ _____ |
|      _____ | $ _____ |
| Installment payments (in chapter 12 and 13 cases, do not list payments to be included in the plan) | |
|      Auto | $ _____ |
|      Other _____ | $ _____ |
|      _____ | $ _____ |
| Alimony, maintenance, and support paid to others | $ _____ |
| Payments for support of additional dependents not living at your home | $ _____ |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ _____ |
| Other _____ | $ _____ |
|      _____ | $ _____ |
|      _____ | $ _____ |
|      _____ | $ _____ |
|      _____ | $ _____ |
| **TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules)** | $ _____**749.60** |

(FOR CHAPTER 12 AND 13 DEBTORS ONLY)
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | |
|---|---:|
| A.  Total projected monthly income | $ _____ |
| B.  Total projected monthly expenses | $ _____ |
| C.  Excess income (A minus B) | $ _____ |
| D.  Total amount to be paid into plan each _____ | $ _____ |
|                                    (interval) | |

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

IN RE Nuse, Ernest Edward & Nuse, Lois Jean _____ Case No. _____
Debtor(s)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **28** sheets, and that
(Total shown on summary page plus 1)
they are true and correct to the best of my knowledge, information, and belief.

Date: **October  4, 2005** _____    Signature: */s/ Ernest E Nuse* _____
                                                  **Ernest E Nuse**                          Debtor

Date: **October  4, 2005** _____    Signature: */s/ Lois J Nuse* _____
                                                  **Lois J Nuse**                    (Joint Debtor, if any)

[If joint case, both spouses must sign.]

---

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that
I have provided the debtor with a copy of this document.

_____    _____
Printed or Typed Name of Bankruptcy Petition Preparer    Social Security No.
                                                          (Required by 11 U.S.C. § 110(c).)

_____
_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each
person.

_____    _____
Signature of Bankruptcy Petition Preparer    Date

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedures may result
in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a
member or an authorized agent of the partnership) of the _____
(corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and
schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.
(Total shown on summary page plus 1)

Date: _____    Signature: _____

_____
(Print or type name of individual signing on behalf of debtor)

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

**Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.**

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## United States Bankruptcy Court
### District of Wyoming

IN RE:                                                                                    Case No. _____

Nuse, Ernest Edward & Nuse, Lois Jean                                                     Chapter **7** _____
<div style="text-align:center">Debtor(s)</div>

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

"*In business.*" A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

"*Insider.*" The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**1. Income from employment or operation of business**

None ☐  State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) |
|---|---|
| 2,962.00 | 2004   Babysitting - Lois |

**2. Income other than from employment or operation of business**

None ☐  State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | |
|---|---|---|
| 1,692.00 | 2003 | SSI - Ernest |
| 6,948.00 | 2004 | SSI - Ernest |
| 5,304.96 | 2005 | SSI - Ernest |

**3. Payments to creditors**

None ☑  a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑  b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Capital One vs. Lois J. Nuse CV-2005-0072** | **Civil** | **Circuit Court of the Eighth Judicial District Torrington, Goshen County, Wyoming** | **Post Judgment** |
| **NCO Financial vs. Lois Nuse CV-2005-61-DC** | **Civil** | **District Court, Eighth Judicial District Torrington, Goshen County, Wyoming** | **Judgment** |
| **Citibank vs. Lois Nuse Civil Action No. 27-587** | **Civil** | **Eighth Judicial District Torrington, Goshen County, Wyoming** | **Judgment** |
| **Capitaol Recoveries Inc. vs Ernest E. Nuse, SR. CV-2002-0120001** | **Civil** | **Circuit Court of Goshen County Torrington, Wyoming** | **Closed** |

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**5. Repossessions, foreclosures and returns**

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**6. Assignments and receiverships**

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**7. Gifts**

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**8. Losses**

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Jerry M. Smith 2020 E D St Torrington, WY  82240-2934** | **October 3, 2005** | **900.00** |

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

STATEMENT OF FINANCIAL AFFAIRS

**10. Other transfers**

None ☑ List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**11. Closed financial accounts**

None ☑ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, association, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**12. Safe deposit boxes**

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☑ List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None ☑ If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**16. Spouses and Former Spouses**

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

STATEMENT OF FINANCIAL AFFAIRS

**18. Nature, location and name of business**

None ☐    a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all  businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NUMBER | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|---------------------|---------|--------------------|-----------------------------|
| **Superior Auto** | | **299 Merriam Street Fort Laramie, WY  82212** | **Used Car Dealership & Repairs** | **1993 thru 2003** |

None ☑    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

---

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date: **October  4, 2005**      Signature **/s/ Ernest E Nuse**
of Debtor                                                         **Ernest E Nuse**

Date: **October  4, 2005**      Signature **/s/ Lois J Nuse**
of Joint Debtor                                         **Lois J Nuse**
(if any)

_____ **0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## United States Bankruptcy Court
### District of Wyoming

IN RE:                                                                    Case No. _____

**Nuse, Ernest Edward & Nuse, Lois Jean**                                 Chapter **7**
_____
Debtor(s)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1. I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2. I intend to do the following with respect to the property of the estate which secures those consumer debts:

*a. Property to be Surrendered*

| DESCRIPTION OF PROPERTY | CREDITOR'S NAME |
|---|---|
| **None** | |

*b. Property to be Retained [Check any applicable statement.]*

| DESCRIPTION OF PROPERTY | CREDITOR'S NAME | PROPERTY IS CLAIMED AS EXEMPT | PROPERTY WILL BE REDEEMED PURSUANT TO 11 U.S.C. § 722 | DEBT WILL BE RE-AFFIRMED PURSUANT TO 11 U.S.C. § 524(C) |
|---|---|---|---|---|
| **None** | | | | |

| **10/04/2005** | **/s/ Ernest E Nuse** | | **/s/ Lois J Nuse** | |
|---|---|---|---|---|
| Date | **Ernest E Nuse** | Debtor | **Lois J Nuse** | Joint Debtor (if applicable) |

CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____                    _____
Printed or Typed Name of Bankruptcy Petition Preparer         Social Security No.
                                                              (Required by 11 U.S.C. § 110(c).)
_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

_____                    _____
Signature of Bankruptcy Petition Preparer                    Date

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedures may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

**CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION**

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**District of Wyoming**

IN RE:                                                                Case No. _____

Nuse, Ernest Edward & Nuse, Lois Jean                                 Chapter **7** _____
                        Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.


Date: **October  4, 2005** _____    Signature: _/s/ Ernest E Nuse_ _____
                                                       **Ernest E Nuse**                                      Debtor


Date: **October  4, 2005** _____    Signature: _/s/ Lois J Nuse_ _____
                                                       **Lois J Nuse**                                  Joint Debtor, if any

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Academy Collection Service, Inc.
10965 Decatur Rd
Philadelphia, PA  19154-3210


Accel Receiv
302 W 21st Ave
Torrington, WY  82240-2717


Accel Receiv
PO Box 70
Scottsbluff, NE  69363-0070


Accelerated Receivables Solutions
PO Box 70
Scottsbluff, NE  69363-0070


Amercoll Sys
407 S 21st St
Laramie, WY  82070-4323


American Collections Inc
PO Box 1289
Laramie, WY  82073-1289


American Express
PO Box 360001
Fort Lauderdale, FL  33336-0001


Amex
PO Box 297871
Fort Lauderdale, FL  33329-7871


Arrow Financial Services
PO Box 1206
Oaks, PA  19456-1206

Asset Acceptance
PO Box 2036
Warren, MI   48090-2036


Asset Acceptance, LLC
PO Box 2036
Warren, MI   48090-2036


Automotive Finance Corporation
13085 Hamilton Crossing Blvd
Carmel, IN   46032-1412


Bankcard Services
PO Box 80084
Salinas, CA   93912-0084


Bennett & Deloney
1265 Fort Union Blvd Ste 150
Midvale, UT   84047-1862


BHS Physicians Service
625 Albany Ave
Torrington, WY   82240-1530


Calvary Portfolio/collection
7 Skyline Dr 3rd Fl
Hawthorne, NY   10532-2156


Cambece Law Office
8 Bourbon St
Peabody, MA   01960-1338


Cap One Bk
PO Box 85520
Richmond, VA   23285-5520

Capital Management Services, Inc
726 Exchange St Ste 700
Buffalo, NY  14210-1464


Capitol Recoveries, Inc.
PO Box 512
Cheyenne, WY  82003-0512


Chase Gold Visa
PO Box 5919
Wilmington, DE  19850


Chase Manhattan Bank
PO Box 5919
Wilmington, DE  19850


Cheyenne Radiology
800 E 20th St Ste 10
Cheyenne, WY  82001-3870


Citi
PO Box 6000
The Lakes, NV  88901-6000


Citibank Preferred Visa
PO Box 6000
The Lakes, NV  88901-6000


Clinical Laboratory
PO Box 238
Rapid City, SD  57709-0238


Collection Center Of W
406 6th St
Rawlins, WY  82301-5408

```
Collection Law Center
PO Box 1470
Rawlins, WY  82301-1470


Commercial Services Group, Inc
11603 Shelbyville Rd Ste 3
Louisville, KY  40243-1371


Commercial Services Group, Inc
PO Box 988
Harrisburg, PA  17108-0988


Community Hospital
2000 Campbell Dr
Torrington, WY  82240-1528


Computer Finance LLC
PO Box 96073
Charlotte, NC  28296-0073


Credit Collections
PO Box 778
Bismarck, ND  58502-0778


Discover
PO Box 15192
Wilmington, DE  19886-1020


Emergency Medical Physicians
PO Box 20190
Cheyenne, WY  82003-7004


First Bankcard Center
PO Box 3331
Omaha, NE  68103-0331
```

First Consumers National Bank
101 Crossways Park Dr W
Woodbury, NY  11797-2020


First National Collection Bureau, Inc.
ATTN:  Citicorp
PO Box 3095
Reno, NV  89505-3095


First USA Bank
PO Box 8650
Wilmington, DE  19886-0001


First Usa Bank Na
1001 N Jefferson St
Wilmington, DE  19801-1493


Fleet Cc
PO Box 15480
Wilmington, DE  19850-5480


Fnb Omaha
1620 Dodge St
Omaha, NE  68197-0003


Gateway Credit Card Plan
PO Box 8181
Johnson City, TN  37615-0181


Gem City Bone & Joint PC
1909 Vista Dr
Laramie, WY  82070-5530


Global Vantedge
PO Box 12237
Hauppauge, NY  11788-0867

Home Comings Financial
2711 N Haskell Ave # 1
Dallas, TX  75204-2911


Homecoming Financial Network
2711 N Haskell Ave Ste 1000
Dallas, TX  75204-2911


Hsbc Nv
1441 Schilling Pl
Salinas, CA  93901-4543


Internal Medicine Group, PC
2301 House Ave Ste 300
Cheyenne, WY  82001-3178


J C Penney
PO Box 981400
El Paso, TX  79998-1400


Law Office Of Mitchell N. Kay, P.C.
PO Box 9006
Smithtown, NY  11787-9006


Lerner
PO Box 182122
Columbus, OH  43218-2122


Midland Credit Mgmt
8875 Aero Dr
San Diego, CA  92123-2251


National Fuel
6363 Main St
Buffalo, NY  14221-5855

Nco Financial Systems
PO Box 41466
Philadelphia, PA  19101-1466


NCO Financial Systems Inc
PO Box 41417
Philadelphia, PA  19101-1417


NCO Financial Systems Inc
PO Box 13561
Philadelphia, PA  19101-3561


Nco/ Collection Agency
PO Box 41448
Philadelphia, PA  19101-1448


Niagara Mohawk
300 Erie Blvd W
Syracuse, NY  13202-4201


Panama Central School
Central Administration
41 North St
Panama, NY  14767-9799


Penn Credit Corporation
PO Box 988
Harrisburg, PA  17108-0988


Professional Finance
5754 W 11th St Ste 100
Greeley, CO  80634-4811


Professional Finance
PO Box 1686
Greeley, CO  80632-1686

Rapid City Regional Hospital, Inc
PO Box 6000
Rapid City, SD  57709-6000


Real Property Tax Services
County Of Chautauqua
3 N Erie St
Mayville, NY  14757-1007


Receivables Management Solutions
260 Wentworth Ave E
Saint Paul, MN  55118-3525


Regional West Medical Center
4021 Avenue B
Scottsbluff, NE  69361-4602


Retailers Nation Bank
Target Credit Services
PO Box 1581
Minneapolis, MN  55440-1581


Risk Management Alternatives
PO Box 970
Casper, WY  82602-0970


Sears Premier Card
PO Box 818017
Cleveland, OH  44181-8017


Sherman Acquisitions
PO Box 740281
Houston, TX  77274-0281

Spiegel
9310 SW Gemini Dr
Beaverton, OR  97008-7120


Swiss Colony Inc
1112 7th Ave
Monroe, WI  53566-1364


Tex Collect/collection Agency
2101 W Ben White Blvd
Austin, TX  78704-7516


The Law Center
Harry E. Cohn, Attorney At Law
4460 Corporation Ln Ste 306
Virginia Beach, VA  23462-3150


U S Bank National Association ND
U S Bancorp Service Center, Inc
PO Box 6340
Fargo, ND  58125-6340


Unifund/collection Agency
11802 Conrey Rd Ste 200
Cincinnati, OH  45249-1074


US Bancorp Service Center, Inc.
PO Box 6340
Fargo, ND  58125-6340


Us Bank
CB Disputes
Saint Louis, MO  63166-0108

Us Bank
PO Box 790084
Saint Louis, MO  63179-0084


US Bank
425 Walnut St
Cincinnati, OH  45202-3923


Wfnnb/lerner
PO Box 182122
Columbus, OH  43218-2122


Wolpoff & Abramson, LLP
Two Irvington Centre 702 King Farm Blvd.
Rockville, MD  20850


Women's Center
3911 Avenue B Ste 3100
Scottsbluff, NE  69361-4617